IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )     CRIMINAL ACTION
                                  )     NO. 1:24-CR-00154-MHC-JEM-3
BABAJIDE ADESAYO                  )
_____   )

## **PRELIMINARY MOTION TO SUPPRESS EVIDENCE ALLEGEDLY OBTAINED FROM A BORDER SEARCH**

COMES NOW, the Defendant BABAJIDE ADESAYO, and hereby files this motion to suppress evidence seized and searched from him at Hartsfield Jackson Airport on April 19, 2022.

According to the discovery provided by the government, on April 19, 2022, Mr. Adesayo was returning to Atlanta from Lagos, Nigeria. Somewhere at the airport, Mr. Adesayo was stopped and three of his cell phones were seized and searched. In the search warrant for Mr. Adesayo's home that was executed in June 2024, FBI Agent Joel Zwiers asserts that these phones were seized and searched "pursuant to border search authority."

However, the discovery provides no information as to why Mr. Adesayo was stopped, whether and where he was questioned, or further circumstances surrounding this incident. An evidentiary hearing is therefore needed to determine the validity of the legal conclusion that these three phones were seized

and searched pursuant to the border search authority.

Should it be determined after an evidentiary hearing that the search and seizure was conducted pursuant to the border search exception, Mr. Adesayo maintains that the Fourth Amendment to the United States Constitution requires probable cause to seize and search Mr. Adesayo's property despite the pronouncements in *United States v. Vargara*, 884 F.3d 1309 (11th Cir. 2018) and *United States v. Touset*, 890 F.3d 1227 (11th Cir. 2018) and seeks to preserve the issue.

Mr. Adesayo therefore respectfully requests that this Court (a) issue an order setting this matter down for an evidentiary hearing to determine the circumstances surrounding Mr. Adesayo's stop on April 19, 2022; (b) allow additional briefing on this issue following the hearing of evidence on this matter; (c) issue an order suppressing all unconstitutionally obtained evidence, any poisonous fruit, and any reference thereto in the event this case goes to trial; and (d) grant such other relief as may be just under the circumstances of this case.

Dated:  This 27th day of January, 2025.

Respectfully Submitted,

/s/ *Vidhi S. Joshi*
VIDHI S. JOSHI
GEORGIA BAR NO. 856380

/s/ *Colin Garrett*
COLIN GARRETT

2

GEORGIA BAR NO. 141751
ATTORNEYS FOR BABAJIDE ADESAYO